■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN L. SMITH, Also Known as BRIAN LEE SMITH, Appellant. (Appeal No. 2.) [40 NYS3d 332]—Appeal from a judgment of the Supreme Court, Genesee County (Eric R. Adams, A.J.), rendered June 25, 2014. The judgment convicted defendant, upon his plea of guilty, of aggravated family offense.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Smith* ([appeal No. 1] 144 AD3d 1547 [2016]). Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.